UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Greta Lynne, ) | Bankruptcy Case No.: 18-05991-dd |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## OBJECTION TO MOTION TO MODIFY THE AUTOMATIC STAY

TO:    Travis E. Menk of Brock & Scott, PLLC on behalf of   Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2006-AR19, Mortgage Pass-Through Certificates Series 2006-AR19,

Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtor, (hereinafter referred to as the "Trustee"), by and through his undersigned attorney, hereby objects to the Motion filed by Travis E. Menk of Brock & Scott, PLLC on behalf of Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2006-AR19, Mortgage Pass-Through Certificates Series 2006-AR19 ("Movant") seeking to modify the automatic stay pursuant to 11 U.S.C. §362 and would respectfully show unto this Court as follows:

1. As indicated in the Motion, the Debtor filed for Chapter 7 bankruptcy relief on 11/28/2018. The Meeting of Creditors was held 01/22/2019.

2. The Trustee is in the process of evaluating the collateral to determine whether or not there exists potential to liquidate the collateral through a short sale for the benefit of the estate and its creditors.

3. The Trustee is trying to investigate this situation as quickly as possible.  Denial of this Motion may be appropriate based upon the potential benefit to the Movant.  If

the Trustee determines that in fact there is no potential for a short sale of the property, the Trustee would agree to withdraw the objection.

WHEREFORE, the Trustee prays that this Court deny the Motion and for such other and further relief requested herein and which this Court deems just and equitable.

Respectfully submitted,

CAMPBELL LAW FIRM, P.A.

/s/ Suzanne Campbell Chisholm
SUZANNE CAMPBELL CHISHOLM
Post Office Box 684
Mt. Pleasant, S.C.  29465

Mt. Pleasant, South Carolina		(843) 884-6874/884-0997(fax)
Dated:  February 8, 2019		District Court I.D. No. 10274
Scampbell@campbell-law-firm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )
Greta Lynne,                              )    Bankruptcy Case No.: 18-05991-dd
                                          )    Chapter 7
                                          )
        Debtor.                           )

**CERTIFICATION OF FACTS**

In the above-entitled proceeding, in which relief is sought from the automatic stay in accordance with 11 U.S.C. §362, I do hereby certify to the best of my knowledge the following:

1. <u>Nature of Movant's Interest:</u> See Movant's Certification of Facts.

2. <u>Brief Description of Security Agreement:</u> See Movant's Certification of Facts.

3. <u>Description of Property Encumbered by Stay:</u>  27 Majestic Lane, Okatie, South Carolina 29909

4. <u>Basis for Relief:</u> NONE.

5. <u>Prior Adjudication by Other Courts:</u>  NONE.

6. <u>Valuation of Property:</u>  List the value place upon the collateral by the party filing this certification.  Include the source of each value.  If an appraisal, i.e. tax appraisal, Blue Book, formal appraisal, include the following information regarding each appraisal: the date and type of appraisal, the appraised value and the name and address of the appraiser.)

    | | |
    |---|---|
    | Fair Market Value | $ TBD |
    | Liens (Mortgages)(-) | $ TBD |
    | Equity Before Exemption | $ TBD |
    | Debtor's Exemption(-) | $ 0 |
    | Net Equity | $ TBD |

    Source/Basis of Value: Trustee's liquidator

7. <u>Amount of debtor's estimated equity (using figures from paragraph 6, supra):</u> TBD

                                          CAMPBELL LAW FIRM, P.A.
                                          /s/ Suzanne Campbell Chisholm
                                          SUZANNE CAMPBELL CHISHOLM
                                          Post Office Box 684
                                          Mt. Pleasant, SC  29465
Mt. Pleasant, South Carolina              (843) 884-6874/884-0997(fax)
Dated: February 8, 2019                   District Court I.D. No. 10274
                                          Scampbell@campbell-law-firm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | ) | |
|---|---|---|
| | ) | |
| Greta Lynne, | ) | Bankruptcy Case No.: 18-05991-dd |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF MAILING**

I, Suzanne Chisholm, Campbell Law Firm, P.A. hereby certify that I have this day mailed a true and correct copy of the following:

**OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY and
CERTIFICATION OF FACTS**

by mailing said copies by United States mail, with proper postage affixed thereto and addressed as follows:

Travis E. Menk
Brock and Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217

The United States Trustee's Office was served electronically with this objection.

      /s/ Suzanne Chisholm
Suzanne Chisholm
Campbell Law Firm, PA
Post Office Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/ (843) 884-0997 fax

Mt. Pleasant, South Carolina
Dated: February 8, 2019